# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ROBERT A. MITCHELL, JR. and ALICIA M. MITCHELL,<br><br>                Plaintiff,<br><br>    v.<br><br>HOME POINT FINANCIAL CORP., et al.,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:23-cv-05038-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

This case is DISMISSED without prejudice.

Dated this 13th day of March 2023.

                                                      Ravi Subramanian<br>
                                                      Clerk

                                                      *s/Ann Duke*<br>
                                                      Deputy Clerk